UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL WARD,

        Plaintiff,

v.

WARDEN,

        Defendant.

CAUSE NO. 3:19-CV-340-DRL-MGG

OPINION AND ORDER

Michael Ward, a prisoner without a lawyer, is proceeding against the Warden of the Indiana State Prison (ISP) in his official capacity on an injunctive relief claim to provide him with adequate protection from "Little Johnny" Moore or his associates as required by the Eighth Amendment. ECF 7. In response to a court order, the Warden filed an affidavit explaining that Mr. Ward is being held in a restricted housing unit, and has been there since January 23, 2019, due to his lengthy history of conduct report and for purposes of ensuring his safety. *See generally* ECF 10. The Warden also launched an investigation into the safety issues raised, and Mr. Ward admits that he met with personnel from internal investigations on August 5, 2019 and was asked to provide them with additional information about his concerns. *See* ECF 17-1 at 2.

Mr. Ward recently sent the court another letter regarding his housing situation. ECF 30. In it, he reconfirms that he remains in the restricted housing unit, but he alleges that a "know[n] vice lord," who has been made a "range tender," withheld his food trays for two days in mid-January 2020 because he refused to give him his loaner TV. *Id.* at 1. Mr. Ward alleges he then took a "handful of pills" because no one at ISP would help him, and he had to be transported to the hospital. *Id.* at 1–2. He spent nine days on suicide watch before being moved to a different cell in the same restricted housing unit. Mr. Ward alleges that the new cell is right below that of a vice lord who was "making [him] pay

him." *Id.* at 2. Although Mr. Ward claims the situation is causing him emotional distress, he admits that "he cannot get to me to hurt me." *Id.*

Based on the foregoing, Mr. Ward is not currently in danger from other inmates and remains physically safe. However, because he mentions the possibility of self-harm, the court will again direct that the Warden be sent a copy of this order and Mr. Ward's most recent filing.

For these reasons, the court DIRECTS the clerk to send a copy of this order and the letter filed by Mr. Michael Ward (ECF 30) to the Warden of the Indiana State Prison.

SO ORDERED.

February 21, 2020                                      *s/ Damon R. Leichty*
                                                      Judge, United States District Court